Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DA LI DEVELOPMENT USA, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DONALD GAUBE, an individual; DAVID KRAM, an individual; RICHART RUDDIE, an individual; and JERROLD KRAM, an individual,<br><br>Defendants. | Case No. 2:25-cv-00150-BJR<br><br>STIPULATION AND ORDER SETTING DEADLINE FOR DEFENDANTS' CONSOLIDATED MOTION |

STIPULATION

The undersigned parties, by and through their respective counsel of record, hereby stipulate to the entry of the proposed order set forth below, extending the date by which Defendants indicated they would file their Motion to Stay, as referenced in the Joint Status Report filed on March 10, 2025. Dkt. 12. In support of this request, the parties represent the following to the Court:

1. Plaintiff Da Li Developments USA, LLC ("**Plaintiff**") filed a complaint in King County Superior Court against Defendants Donald Gaube, David Kram, Richart Ruddie, and Jerrold Kram (collectively, "**Defendants**") on February 11, 2025. Dkt. 1.

2. Defendants removed the complaint to this Court on January 23, 2025 (Dkt. 1), and filed their Answer to the Complaint on February 11, 2025. Dkt. 11.

3. On March 10, 2025, the parties filed a Joint Status Report in which Defendants indicated their intent to file a Motion to Stay by March 28, 2025. Dkt. 12.

4. The Court thereafter issued a minute order finding good cause to defer entry of a case schedule pending its ruling on Defendants' forthcoming Motion to Stay.

5. Due to recently arising and conflicting obligations, Defendants' undersigned counsel requests a brief extension to file Defendants' anticipated motion, specifically until Tuesday, April 1, 2025.

6. In addition, based on ongoing analysis, Defendants anticipate filing by the above date a consolidated motion seeking: (a) summary judgment or, in the alternative, (b) an order compelling arbitration, or (c) to stay based on a related arbitration proceeding, as set forth in the Joint Status Report.

7. Defendants' counsel has informed Plaintiff's counsel of Defendants' intent to file the consolidated motion by April 1, 2025. While reserving all defenses to the motion, Plaintiff's counsel does not object to the requested extension.

8. Based on the foregoing, Plaintiff and Defendants agree that, under the circumstances, Defendants shall (a) file the consolidation motion ***by April 1, 2025***.[1]

---

[1] The Parties' Proposed Motion included a noting date. However, as stated in this Court's Standing Order, ECF No. 5 at 2 (§ II.A), this Court does not use noting dates. Consistent with the Standing Order, Plaintiffs' response will be due on or before April 22, 2025, and Defendants' reply will be due on or before May 6, 2025.

<u>ORDER</u>

IT IS SO ORDERED.

The parties shall adhere to the schedule set forth above.

Dated this 31st day of March 2025.

*[signature: Barbara J. Rothstein]*

HON. BARBARA ROTHSTEIN
United States District Judge

DATED: March 28, 2025.

Jointly Presented:

BAILEY DUQUETTE P.C.

By */s/ Hozaifa Y. Cassubhai*
　Hozaifa Y. Cassubhai, WSBA No. 39512
　William R. Burnside, WSBA No. 36002
　800 Fifth Avenue, Suite 101-800
　Seattle, Washington 98104
　Phone: 206.225.2250
　Email: hozaifa@baileyduquette.com
　will@baileyduquette.com

*Attorneys for Defendants*

McGLINCHEY STAFFORD PLLC

By: *s/ Chase E. Stoecker*
Chase E. Stoecker, WSBA No. 62536
201 E. Kennedy Blvd., Suite 1200
Tampa, Florida 33602-5827
Phone: (954) 356-2514
Email: cstoecker@mcglinchey.com

Heidi Urness, WSBA No. 53165
2101 Fourth Avenue, Suite 2050
Seattle, Washington 98121
Phone: (206) 657-8825
Email: hurness@mcglinchey.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER – Page 5

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.225.2250 | F 888.233.5869